## Frank M. Wood, Appellee, v. A. W. Slaughter et al., Appellants.

### (Not to be reported in full.)

Appeal from the Circuit Court of Edgar county; the Hon. DANIEL V. DAYTON, Judge, presiding. Heard in this court at the April term, 1913. Dismissed. Opinion filed October 16, 1913.

### Statement of the Case.

Scire facias by Frank M. Wood against A. W. Slaughter and others to make defendants, who were sureties on an appeal bond, parties defendant to a judgment recovered by plaintiff against the principal on the bond. From a judgment rendered against defendants making them parties to such judgment, defendant appeals.

L. A. CRANSTON and W. H. HICKMAN, for appellants.

CHARLES McKNIGHT, for appellee.

MR. PRESIDING JUSTICE PHILBRICK delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1105*—*when appeal will be dismissed.* Where no bill of exceptions is filed and no assignment of errors made upon or attached to the record there is nothing preserved for review, and the appeal will be dismissed.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.